JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RICHARD LATHAN, | ) | NO. CV 08-8589-CAS(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| TOM FELKER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: March 15, 2010.

_/s/ Christina A. Snyder_
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE